UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_____DIVISION

Stephanie
Chinyere
Chukwu
Name of Plaintiff(s)

Case Number: 4:24 cv 1076 SDJ/BD

vs

Taco Ocho
Alicia Barboza
Mani Bhushan
Name of Defendant(s)

FILED

DEC 05 2024

Clerk, U.S. District Court
Eastern District of Texas

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1.     This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination.  Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5.  Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2..    Plaintiff, Stephanie Chinyere Chukwu, is a citizen of the United States
       (name of plaintiff)

and resides at 3022 N Josey Ln , Carrollton
               (street address)        (city)

Denton , Texas , 75007 , 469-235-6397
(county)   (state)   (zip)   (telephone)

3.. Defendant, Mani Bhushan , resides at, or its business is
(name of defendant)

located at 5104 Clear Creek Dr. , Flower Mound ,
(street address)                                        (city)

Denton , TX , 75022 , 214 494 2346
(county)        (state)        (zip)        (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant

at 3492 Legacy Dr. , Frisco ,
(street address)                                (city)

Collin , Texas , 75034 .
(county)              (state)              (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about February 21, 2023 .
(month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about December 14, 2023 .
(month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on September 6, 2024 .
(month day, year)

8. Because of plaintiff's (1) __✓__ race, (2) __✓__ color, (3) _____ sex,

(4) _____ national origin,  defendant:

a. _____ failed to employ plaintiff.

b. __✓__ terminated plaintiff's employment.

c. _____ failed to promote plaintiff.

d. _____ Other _____

_____

_____

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

Taco ocho discriminated against be by retaliating when I complained that their employee indirectly threatned me with a firearm after arguing with me. They failed to mediate the situation between myself and Deb. I had to call the police to make a police report. I was asked to leave. Soon after. I was not put back on the schedual even after my request off. Taco ocho showed bias against me to favor the white waitress. I was the only black server at the time. I am the only employee that suffered adverse reactions, despite the back of the house testimony that Deb was the agressor. I was also being sexually assaulted in the walk in freezer. I tried to reach out to Mani as he was acting as the and I never got to.

10.   The acts set forth in paragraph 9 of this complaint:

     a.   _____   are still being committed by defendant.

     b.   ✓   are no longer being committed by defendant.

     c.   _____   defendant may still be committing the acts.

11.   Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.  WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

     a.   _____   Defendant be directed to employ plaintiff.

     b.   _____   Defendant be directed to re-employ plaintiff.

     c.   _____   Defendant be directed to promote plaintiff.

     d.   ✓   Defendant be directed to Settle Plantiff and that the

Court grant such relief as may be appropriate, including injunctive orders,

damages, costs and attorney's fees.

Stephanis Chuckur
(Signature of Plaintiff)