**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| STEPHANIE CHINYERE CHUKWU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-01076- |
| | § | SDJ-AGD |
| TACO OCHO, et al., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 9, 2026, the Report of the Magistrate Judge, (Dkt. #35), was entered containing proposed findings of fact and recommendation that Defendant's Motion to Partially Dismiss Amended Complaint and Supporting Brief (Dkt. #16) be granted in part and denied in part. That is, the Report recommended that Defendant's Partial Motion to Dismiss (Dkt. #16) should be granted as it relates to dismissing Plaintiff's claims for race discrimination that occurred before February 18, 2023, and Defendant's Partial Motion to Dismiss (Dkt. #16) should be denied in all other respects.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

1

It is therefore **ORDERED** that Defendant's Motion to Partially Dismiss Amended Complaint and Supporting Brief (Dkt. #16) is **GRANTED IN PART** and **DENIED IN PART**. That is, Defendant's Partial Motion to Dismiss (Dkt. #16) is **GRANTED** as it relates to dismissing Plaintiff's claims for race discrimination that occurred before February 18, 2023, and Defendant's Partial Motion to Dismiss (Dkt. #16) is **DENIED** in all other respects.

So ORDERED and SIGNED this 25th day of March, 2026.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE