**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| STEPHANIE CHINYERE CHUKWU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:24-CV-01076-SDJ-AGD |
| v. | § | |
| | § | |
| TACO OCHO, et al., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 12, 2026, the Report of the Magistrate Judge, (Dkt. #41), was entered containing proposed findings of fact and recommendation that Defendants Alicia Barboza and Mani Bhushan be dismissed from this case without prejudice.

On May 26, 2026, Plaintiff filed a Motion for Clarification and Request for Reissuance of Service, which the Court construes as objections to the Report (Dkt. #44). The Court has conducted a de novo review of Defendant's objections (Dkt. #44). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

The Court notes that Defendant Alicia Barboza is not named in the Amended Complaint (Dkt. #13), and Defendant Mani Bhushan did not participate in the Joint 26(f) Report, wherein the parties expressly stated that "Plaintiff Stephanie Chukwu

and Defendant Taco Ocho LLC are correctly named" and "do not anticipate additional or potential parties." (Dkt. #40 at p. 3).

It is therefore **ORDERED** that Defendants Alicia Barboza and Mani Bhushan are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 11th day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE